JAMES N. BROWN, Deceased, Impleaded, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning. Kelby and Young, JJ., concur.

JOSEPH R. BAYLES and Another, Respondents, v. LORENZO H. DAVIS and Another, Appellants.— Motion to dismiss appeal granted for failure to comply with rule 12.* Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HOWARD C. BRISTER, an Infant, by His Guardian ad Litem, MICHAEL W. BRISTER, Respondent, v. FLATBUSH LEASING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MICHAEL W. BRISTER, Respondent, v. FLATBUSH LEASING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

DOMINIC DELL'OSSO, Assignee of MOUNT HOPE FINISHING COMPANY, Appellant, v. SILAS K. EVERETT, Respondent.— Motions for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EAST RIVER NATIONAL BANK, Respondent, v. ROSA COTIGNOLA, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EAST RIVER NATIONAL BANK, Respondent, v. ANNA RAGONE and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EAST RIVER NATIONAL BANK, Respondent, v. ROSA RAGONE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J. Jaycox, Manning, Young and Kapper, JJ.

JOHN FIERRO, Appellant, v. GEORGE J. MEYER, Respondent. (Action No. 3.) — Motion to dismiss appeal granted for failure to comply with rule 12.* Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ROSE RECIO GARCIA, Respondent, v. PILOT BUILDING CORPORATION, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Friday, May 16, 1924 (for which date the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Application of RANDOLPH W. BRANCH for Admission to the Bar. (From the State of New Hampshire. — (Application granted. Present — Kelly, P. J., Rich, Jaycox, Young and Kapper, JJ.

In the Matter of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. ANGELO COGLIANO, Respondent.— Matter referred to Hon. Herbert T. Ketcham, official referee, to take evidence and report thereon with his opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney.

* See App. Div. Rules, 2d Dept., rule 12.— [REP.